| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Nashville Pharmacy Services, LLC |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Answering Specialists, Inc. PO Box B Bonners Ferry, ID 83805 | | | | | | $114.95 |
| Chattanooga CARES Eastern Tennessee State University 325 N. State of Franklin Rd, 2nd Floor Johnson City, TN 37604 | | | | | | $2,146,737.98 |
| Chattanooga CARES PO Box 4497 Chattanooga, TN 37405-0497 | | | | | | $785,436.80 |
| CIT Technology FIN Serv, Inc. 21146 Network Place Chicago, IL 60673-1211 | | | | | | $21.70 |
| Comcast 2 PO Box 71211 Charlotte, NC 28272-1211 | | | | | | $434.82 |
| Comcast Business PO Box 71211 Charlotte, NC 28272-1211 | | | | | | $299.15 |
| DEX Imaging, Inc. 50 Rachel Drive Nashville, TN 37214 | | | | | | $35.58 |
| Federal Express PO Box 660481 Dallas, TX 75266-0481 | | | | | | $183.58 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Nashville Pharmacy Services, LLC | | Case number (if known) | | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Fleenor Security Systems<br>PO Box 3903<br>Johnson City, TN 37602 | | | | | | $119.97 |
| H.D. Smith<br>3063 Fiat Avenue<br>Springfield, IL 62703 | | | | $1,500,000.00 | $1,200,000.00 | $300,000.00 |
| Heartland CARES, Inc.<br>619 N. 30th Street<br>Paducah, KY 42001 | | | | | | $215,238.19 |
| MailFinance<br>PO Box 123682<br>Dept 3682<br>Dallas, TX 75312-3682 | | | | | | $308.08 |
| McKesson Corporation<br>One Post Street<br>San Francisco, CA 94104 | | | Disputed (claim security interest in all personal property) | $16,955,049.21 | Unknown security interest disputed by Debtor | Unknown |
| Medical Education Assistance Corporation<br>PO BOx 699<br>Mountain Home, TN 37684 | | | | | | $833.00 |
| MOB 147 of Tennessee, LLC<br>c/o Holladay Properties<br>PO Box 404485<br>Atlanta, GA 30384-4485 | | | | | | $109.53 |
| Neighborhood Health<br>2711 Foster Ave<br>Nashville, TN 37210 | | | | | | $6,144.58 |
| Positively Living, Inc.<br>900 E Hill Ave #280<br>Knoxville, TN 37915 | | | | | | $52,698.86 |
| UPS<br>Lockbox 577<br>Carol Stream, IL 60132-0577 | | | | | | $1,557.71 |
| Windstream<br>PO Box 9001013<br>Louisville, KY 40290-1013 | | | | | | $4,953.34 |