IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| NASHVILLE PHARMACY SERVICES, LLC | ) | Case No. 3:18-bk-08144 |
| a/k/a NPS PHARMACY, | ) | Chapter 11 |
| | ) | **Judge Marian F. Harrison** |
| Debtor | ) | |

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of each of the following documents was served the 10th day of December, 2018 via email, facsimile, or overnight delivery upon the parties on the attached Service List:

(1) Expedited Motion for an Order Pursuant to Bankruptcy Rule 1007(c) Granting an Extension of Time for Filing Schedules and Statements (Docket No. 7)

(2) Expedited Motion to Designate an Additional Person to Act on Behalf of Debtor (Docket No. 9)

(3) Expedited Motion for an Order Authorizing Payment of Prepetition Compensation, Employee Reimbursements, Withholding Taxes, and Contributions, Costs, and Expenses Incident to Certain Employee Benefit Plans and for Authority to Continue all Employee Benefit Programs (Docket No. 10)

(4) Motion for Interim and Final Orders Authorizing Debtor to Use Cash Collateral, Providing Adequate Protection, and Prescribing Form and Manner of Notice and Time for Final Hearing (Docket No. 11)

(5) Declaration of Chad Goodson in Support of First Day Motions (Docket No. 12)

(6) Expedited Motion to Set Emergency Hearing on First Day Motions (Docket No. 13)

(7) Proposed Expedited Order Setting Emergency Hearing on First Day Motions (Docket No. 14)

(8) Application of the Debtor for an Order Pursuant to Bankruptcy Code Sections 327 and 329 and Bankruptcy Rule 2014 Authorizing the Employment and Retention of Bass, Berry & Sims PLC as Bankruptcy Counsel to the Debtor and Debtor-In-Possession Nunc Pro Tunc to the Petition Date (Docket No. 15)

(9) Declaration of Glenn B. Rose in Support of Application of the Debtor for Order Pursuant to Bankruptcy Code Sections 327(a) and 329 and Bankruptcy Rules 2014 and 2016 Authorizing Employment and Retention of Bass, Berry & Sims PLC as Bankruptcy Counsel to the Debtor and Debtor-In-Possession Nunc Pro Tunc to the Petititon Date (Docket No. 16)

(10) Motion for an Order Approving Debtor NPS's (I) Assumption of Agreement for Restructuring Advisory Services with Tortola Advisors, LLC and (II) Employment of Tortola Advisors, LLC as Restructuring and General Business Advisors (Docket No. 18)

(11) Declaration of Steve Curnutte (Docket No. 19)

(12) Expedited Order Setting Emergency Hearing on First Day Motions (Docket No. 20)

Respectfully submitted,

/s/ Glenn B. Rose
Glenn B. Rose, TN Bar No. 10598
Paul G. Jennings, TN Bar No. 14367
Gene L. Humphreys, TN Bar No. 21807
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone (615) 742-6200
Facsimile (615) 742-6293
grose@bassberry.com
pjennings@bassberry.com
ghumphreys@bassberry.com

and

Russell E. Stair
Bass, Berry & Sims PLC
1700 Riverview Tower
900 S. Gay Street
Knoxville, TN 37902
Tel: (865) 521-6200
Facsimile (865) 521-6234
rstair@bassberry.com

*Proposed Counsel for Debtor Proposed Counsel for Debtor*

25819825.1

**SERVICE LIST**

| Party served: | Via email: | Via fax: | Via overnight delivery: |
|---|---|---|---|
| Government Agencies | | | |
| U.S. Trustee<br>Office of the Assistant United States Trustee for the Middle District of Tennessee<br>701 Broadway, Suite 318<br>Nashville, TN 37203 | ustpregion08.na.ecf@usdoj.gov<br>natalie.cox@usdoj.gov<br>megan.seliber@usdoj.gov | | |
| Administrative and Civil Remedies Branch<br>Office of Counsel to the Inspector General<br>Office of Inspector General<br>U.S. Department of Health and Human Services<br>Cohen Building, Room 5527<br>330 Independence Avenue, S.W.<br>Washington, DC 20201 | | (410) 597-0118 | |
| Ellen Bowden McIntyre<br>Assistant U.S. Attorney<br>U.S. Attorney's Office for the Middle District of Tennessee<br>110 Ninth Avenue South, Suite A-961<br>Nashville, TN 37203<br><br>notation: United States ex rel. McCullough v. Nashville Pharmacy Services, LLC | ellen.bowden2@usdoj.gov | | |
| Herbert H. Slatery III<br>Attorney General & Reporter<br>PO Box 20207<br>Nashville, TN 37202-0207 | | (615) 741-2009 | |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | John.Hallman@irs.gov<br>Patricia.Waln@irs.gov<br>John.D.Chaffin@irs.gov | | |

| Party served: | Via email: | Via fax: | Via overnight delivery: |
|---|---|---|---|
| Secured Creditors | | | |
| McKesson Corporation<br>Attn Jenifer Towsley<br>VP Credit and AR Operations<br>One Post Street, 20th Floor<br>San Francisco, CA 94104<br><br>Counsel:<br>Jeffrey Garfinkle<br>Buchalter<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612-0514<br><br>David W. Houston, IV<br>Burr & Forman<br>222 Second Avenue South, Suite 2000<br>Nashville, TN 37201 | Jenifer.Towsley@mckesson.com<br>jgarfinkle@buchalter.com<br>dhouston@burr.com | | |
| Pinnacle Bank<br>Attn Jody Grantham<br>150 3rd Avenue South, Suite 800<br>Nashville, TN 37201<br><br>Counsel:<br>Ronald G. Steen, Jr.<br>Thompson Burton PLLC<br>One Franklin Park<br>6100 Twr Cir Ste 200<br>Franklin, TN 37067 | jody.grantham@PNFP.com<br>ronn.steen@thompsonburton.com | | |
| Americorp Financial, LLC<br>877 South Adams Road<br>Birmingham, MI 48009 | sales@americorpusa.com | | |
| H.D. Smith<br>3063 Fiat Avenue<br>Springfield, IL 62703 | Rob.meriweather@amerisourcebergen.com<br>NWanner@amerisourcebergen.com | | |

| Party served: | Via email: | Via fax: | Via overnight delivery: |
|---|---|---|---|
| Integrated Commercialization Solutions<br>3101 Gaylord Parkway<br>Frisco, TX 75034 | marketing@icsconnect.com | | |
| Smith Drug Company<br>division of J M Smith<br>Corporation<br>PO Box 1779<br>Spartanburg, SC 29304 | | | X |
| US Bancorp<br>1450 Channel Parkway<br>Marshall, MN 56258 | Keri.kost@usbank.com | | |
| Wrightcore, Inc.<br>725 Cool Springs Boulevard<br>Franklin, TN 37067 | info@wrightcore.com | | |
| Wrightcore, Inc.<br>2005 Market Street<br>Philadelphia, PA 19103 | info@wrightcore.com | | |
| 20 Largest Unsecured Creditors | | | |
| Answering Specialists, Inc.<br>PO Box B<br>Bonners Ferry, ID 83805 | | (888) 438-2755 | |
| Chattanooga Cares<br>PO Box 4497<br>Chattanooga, TN 37405-0497 | shannons@cempa.org | | |
| CIT Technology FIN Serv, Inc.<br>21146 Network Place<br>Chicago, IL 60673-1211 | contact@cit.com<br>custserv@cit.com<br>john.paradisi@cit.com | | |
| Comcast 2<br>PO Box 71211<br>Charlotte, NC 28272-1211 | Carrier_disputecenter@cable.comcast.com | | |
| Comcast Business<br>PO Box 71211<br>Charlotte, NC 28272-1211 | Carrier_disputecenter@cable.comcast.com | | |
| DEX Imaging, Inc.<br>50 Rachel Drive<br>Nashville, TN 37214 | info@deximaging.com | | |

| Party served: | Via email: | Via fax: | Via overnight delivery: |
|---|---|---|---|
| Chattanooga CARES<br>Eastern Tennessee State University<br>325 N. State of Franklin Rd<br>2nd Floor<br>Johnson City, TN 37604 | bynuml@etsu.edu | | |
| Federal Express<br>PO Box 660481<br>Dallas, TX 75266-0481 | | (214) 871-9521 | |
| Fleenor Security Systems<br>PO Box 3903<br>Johnson City, TN 37602 | maxinep@fleenorsecurity.com | | |
| Heartland Cares<br>619 N. 30th Street<br>Paducah, KY 42001 | dreeder@hcares.org | | |
| MailFinance<br>PO Box 123682<br>Dept 3682<br>Dallas, TX 75312-3682 | enquiries@mailfinance.co.uk | | |
| Medical Education Assistance Corporation<br>PO Box 699<br>Mountain Home, TN 37684 | contact@healthcare4ppl.com | | |
| MOB 147 of Tennessee, LLC<br>c/o Holladay Properties<br>PO Box 404485<br>Atlanta, GA 30384-4485 | | (615) 365-3234 | X |
| Neighborhood Health<br>2711 Foster Ave<br>Nashville, TN 37210 | bhaile@neighborhoodhealthtn.org | | |
| Positively Living<br>900 E Hill Ave #280<br>Knoxville, TN 37915 | mmcadoo@choicehealthnetwork.org | | |
| UPS<br>Lockbox 577<br>Carol Stream, IL 60132-0577 | | (404) 828-7666 | |
| Windstream<br>PO Box 9001013<br>Louisville, KY 40290-1013 | david.avery@windstream.com<br>scott.l.morris@windstream.com | | |